UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Cr. No.: 6:08-cr-0319-GRA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | (Written Opinion) |
| | ) | |
| John Michael Hounchell, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before this Court on motion of Defendant John Micahel Hounchell pursuant to 28 U.S.C. § 2255. This Court directs the United States Attorney to file a response to the petition. This response is due within 30 days of the entry of this Order. If transcripts are necessary, the United States Attorney may move the Court for an extension of time if good cause is shown.

IT IS SO ORDERED.

                                                                       G. Ross Anderson, Jr.
                                                                       Senior United States District Judge

Anderson, South Carolina
December  28  , 2009